# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| **GENE THROWER, on behalf of himself and others similarly situated** ) ) ) ) *Plaintiff* ) ) v. ) ) ) **B SIMONE BEAUTY LLC** ) ) *Defendant* | Civil Action No. 2:25-cv-01272-ALM-KAJ |

## AFFIDAVIT OF SERVICE

I, Michael Armstrong, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to B SIMONE BEAUTY LLC in Fulton County, GA on December 9, 2025 at 11:35 am at 900 Old Roswell Lakes Pkwy, Ste 310, Roswell, GA 30076-8667 by leaving the following documents with Kira Saldono who as Intake Specialist at Axis is authorized by appointment or by law to receive service of process for B SIMONE BEAUTY LLC.

Summons in a Civil Action, Civil Cover Sheet, Instructions for Attorneys Completing Civil Cover Sheet Form,  Class Action Complaint

Additional Description:
Left documents with register agent Kira Saldono

White Female, est. age 18-24, glasses: Y, Brown hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=34.0339802,-84.3375112
Photograph: See Exhibit 1


Total Cost: $115.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Gwinnett County, GA on 12/9/2025.

/s/ *Michael Armstrong*
Signature
Michael Armstrong
+1 (850) 324-2796

