## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GENE THROWER, | ) | CASE NO.: 2:25-cv-01272-ALM-KAJ |
| | ) | |
| Plaintiff, | ) | JUDGE ALGENON L. MARBLEY |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| | ) | |
| B SIMONE BEAUTY LLC, | ) | |
| | ) | STIPULATED EXTENSION OF TIME |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

Pursuant to S.D. Ohio Civ. R. 6.1(a), Plaintiff Gene Thrower ("Plaintiff") and Defendant B Simone Beauty LLC ("B Simone Beauty") stipulate to an extension of time of twenty-one (21) days, from December 30, 2025, until and including January 20, 2026, for B Simone Beauty to answer, move or otherwise plead in response to the Complaint. No prior stipulated extensions have been sought or granted with regard to the Complaint. Plaintiff's counsel has confirmed that Plaintiff consents to the 21-day extension of time.

/s/ *Anthony I. Paronich (via email consent)*
Brian T. Giles (0072806)
GILES & HARPER, LLC
7247 Beechmond Ave.
Cincinnati, OH 45230
Bgiles@gilesharper.com

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

*Attorneys for Plaintiff*

/s/ *Kelly C. Bokoch*
Ian H. Frank (0066638)
Kelly C. Bokoch (0086525)
FRANTZ WARD LLP
200 Public Square
Suite 3000
Cleveland, Ohio 44114
ifrank@frantzward.com
kbokoch@frantzward.com

*Attorneys for Defendant B Simone Beauty LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, a copy of the foregoing **Stipulated Extension of Time** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

/s/ Kelly C. Bokoch
Kelly C. Bokoch          (0086525)

*One of the Attorneys for Defendant
B Simone Beauty LLC*