IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| GENE THROWER, | ) | CASE NO.:  2:25-cv-01272-ALM-KAJ |
| | ) | |
| Plaintiff, | ) | JUDGE ALGENON L. MARBLEY |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE KIMBERLY A. |
| | ) | JOLSON |
| B SIMONE BEAUTY LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## MOTION FOR EXTENSION OF TIME

Pursuant to S.D. Ohio Civ. R. 6.1(b), Defendant B Simone Beauty LLC ("B Simone Beauty") respectfully requests an extension of its deadline to file its Answer to Plaintiff's Complaint by fourteen (14) days, from January 20, 2026 to February 3, 2026, for B Simone Beauty to answer, move or otherwise plead in response to the Complaint.  The court previously granted an extension on Defendant's responsive pleading deadline until January 20, 2026. In further support hereof, Defendant respectfully states:

1. Defendant's original answer date to Plaintiff's Complaint was December 30, 2025.

2. The Court previously granted an extension of Defendant's responsive pleading deadline to January 20, 2026.

3. Undersigned counsel has been engaged as local counsel and is working with outside counsel who intend to serve as lead counsel and intend to enter their appearances in this matter.

4. Due to an unforeseeable personal emergency, outside lead counsel are unable to complete and file the responsive pleading by January 20, 2026.

5. Undersigned counsel has discussed this matter with counsel for Plaintiff and is authorized to represent to this Court that counsel for Plaintiff does not object.

6. Defendant does not intend to seek any additional time to file its responsive pleading to Plaintiff's Complaint.

For the foregoing reasons, Defendant respectfully requests the Court extend its deadline to answer, move or otherwise plead in response to the Complaint by fourteen (14) days, from January 20, 2026 to February 3, 2026.

Respectfully submitted,

/s/ *Kelly C. Bokoch*
Ian H. Frank (0066638)
Kelly C. Bokoch (0086525)
FRANTZ WARD LLP
200 Public Square
Suite 3000
Cleveland, Ohio 44114
ifrank@frantzward.com
kbokoch@frantzward.com

*Attorneys for Defendant B Simone Beauty LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 20, 2026, a copy of the foregoing **Motion for Extension of Time** was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

      */s/ Kelly C. Bokoch*
Kelly C. Bokoch      (0086525)
*One of the Attorneys for Defendant*
*B Simone Beauty LLC*