# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **GENE THROWER,** | ) CASE NO.: 2:25-cv-01272-ALM-KAJ |
| | ) |
| **Plaintiff,** | ) JUDGE ALGENON L. MARBLEY |
| | ) |
| vs. | ) MAGISTRATE JUDGE KIMBERLY A. |
| | ) JOLSON |
| **B SIMONE BEAUTY LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER GRANTING B SIMONE BEAUTY LLC'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME

This matter is before the Court on B Simone Beauty LLC's ("B Simone") unopposed motion for extension of time to answer, move, or otherwise plead in response to Plaintiff's Complaint from January 20, 2026 to February 3, 2026. The Court finds the motion well taken and notes that Plaintiff does not oppose the motion, therefore, B Simone's motion for extension is GRANTED. B Simone shall file its responsive pleading on or before February 3, 2026.

_____  _____
DATE                                                                           U.S. District Court Judge