UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

GENE THROWER, on behalf of himself and others similarly situated,

        Plaintiff,

v.

B SIMONE BEAUTY LLC

        Defendant.

Case No. 25-cv-1272

**RULE 26(f) REPORT**

Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on January 20, 2026 and was attended by:

Anthony Paronich, counsel for plaintiff(s),

_____, counsel for plaintiff(s) _____,

Kelly Bokoch, counsel for defendant(s) B Simone Beauty LLC,

_____, counsel for defendant(s) _____,

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1. CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

____Yes    X  No

2. INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

 X  Yes    ____No    ____The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by February 18 2026

3. <u>VENUE AND JURISDICTION</u>

Are there any contested issues related to venue or jurisdiction?

\_\_\_\_\_Yes     <u>  X  </u>No

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by _____.

4. <u>PARTIES AND PLEADINGS</u>

   a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by<u>     April 13, 2026     </u>.

   b. If the case is a class action, the parties agree that the motion for class certification shall be filed by <u>November 5, 2026</u>.

5. <u>MOTIONS</u>

   a. Are there any pending motion(s)?

      \_\_\_\_\_Yes     <u>  X  </u>No

      If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

   b. Are the parties requesting expedited briefing on the pending motion(s)?

      \_\_\_\_\_Yes     <u>  X  </u>No

      If yes, identify the proposed expedited schedule:

      Opposition to be filed by_____; Reply brief to be filed by_____.

6. <u>ISSUES</u>

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

The Plaintiff has alleged that, likely due to the Defendant's failure to utilize the FCC's Reassigned Number Database, the Defendant has sent telemarketing text messages to individuals who have no relationship with the Defendant. Defendant allegedly delivered text messages to

2

telephone number to telephone number (614) 900-XXXX in 2025, including in September and October of 2025. Due to the *en masse* nature of the campaign, the Plaintiff is pursuing this matter on behalf of the following putative class:

> All persons throughout the United States (1) who did not provide their telephone number to B Simone Beauty LLC, (2) to whom B Simone Beauty LLC delivered, or caused to be delivered, more than one voice message or text message within a 12-month period, promoting B Simone Beauty LLC goods or services, (3) where the person's residential or cellular telephone number had been registered with the National Do Not Call Registry for at least thirty days before B Simone Beauty LLC delivered, or caused to be delivered, at least two of the voice messages or text messages within the 12-month period, (4) within four years preceding the date of this complaint and through the date of class certification.

Defendant denies Plaintiff's allegations and denies that class certification is appropriate.
There is a jury demand.

7. <u>DISCOVERY PROCEDURES</u>

   a. The parties agree that all discovery shall be completed by <u>December 1, 2026</u>.  The parties to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.  To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call -in number.

   b. Do the parties anticipate the production of ESI?_____ X Yes_____No

      If yes, describe the protocol for such production: The parties agree to the PDF production of most documents in the case, but any calling data shall be produced in its native form.

   c. Do the parties intend to seek a protective order or clawback agreement?

      If yes, such order or agreement shall be produced to the Court by <u>March 2, 2026</u>

8. <u>DISPOSITIVE MOTIONS</u>

   a. Any dispositive motions shall be filed by <u>Defendant  </u>.

   b. Are the parties requesting expedited briefing on dispositive motions?

      _____Yes     X____No

3

If yes, identify the proposed expedited schedule:

Opposition to be filed by_____; Reply brief to be filed by_____.

9.  EXPERT TESTIMONY

   a. Primary expert reports must be produced by August 5, 2026    .

   b. Rebuttal expert reports must be produced by September 4, 2026   .

10. SETTLEMENT

Plaintiff(s) will a make a settlement demand by August 6, 2026.    Defendant will respond by _____. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year.  The parties request the following month and year:
    October 2026
In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11. RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

_____Yes, the parties would like a conference with the Court prior to it issuing a scheduling order.   The parties request that the conference take place _____ in chambers_____by telephone.


 X   No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12. OTHER MATTERS

Indicate any other matters for the Court's consideration: not applicable.


Respectfully submitted,

Dated: February 2, 2026                /s/ Anthony I. Paronich
                                       Anthony I. Paronich
                                       Paronich Law, P.C.
                                       350 Lincoln Street, Suite 2400

4

        Hingham, MA 02043
        (617) 485-0018
        anthony@paronichlaw.com
        *Pro Hac Vice*

        /s/ *Kelly C. Bokoch*
        Ian H. Frank (0066638)
        Kelly C. Bokoch (0086525)
        FRANTZ WARD LLP
        200 Public Square
        Suite 3000
        Cleveland, Ohio 44114
        ifrank@frantzward.com
        kbokoch@frantzward.com

        - and -
        Cody J. Cooper, (31025)
        Amelia H. Marquis (35384)
        PHILLIPS MURRAH P.C.
        424 NW 10th Street, Suite 300
        Oklahoma City, OK 73103
        cjcooper@phillipsmurrah.com
        ahmarquis@phillipsmurrah.com
        ***Applications for Pro Hac Vice to be submitted***

        *Attorneys for Defendant B Simone Beauty LLC*