UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| GENE THROWER, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> B SIMONE BEAUTY LLC <br><br> Defendant. | Case No. 2:25-cv-01272 |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(a), Kelly C. Bokoch of Frantz Ward, LLP, attorney for B Simone Beauty LLC ("B Simone"), in the above-captioned action, hereby moves the Court to admit Cody J. Cooper, *pro hac vice* to appear and participate as counsel or co-counsel in this case for B Simone.

Movant represents that Cody J. Cooper is a member in good standing of the highest court of Oklahoma as attested by the accompanying certificate from that court and that Cody J. Cooper is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

Cody J. Cooper understands that, unless expressly excused, he must register for electronic filing with this Court promptly upon the granting of this Motion. Cody J. Cooper's relevant identifying information is as follows:

Business Telephone: (405) 235-4100          Business Fax: (405) 235-4133

Business Address:    424 N.W. 10th Street, Suite 300
                     Oklahoma City, OK 73103

Business E-Mail Address:  cjcooper@phillipsmurrah.com

Respectfully submitted,

/s/ Kelly C. Bokoch
Kelly C. Bokoch (0086525)
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, Ohio 44114
Phone: 216-515-1660 | Fax: 216-515-1650
kbokoch@frantzward.com
*Attorney for Defendant*
*B Simone Beauty LLC*

## CERTIFICATE OF SERVICE

I certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff and the proposed class*

/s/ Kelly C. Bokoch
Attorney for Defendant
B Simone Beauty LLC