# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| GENE THROWER, on behalf of himself and others similarly situated, | |
| Plaintiff, | |
| v. | Case No. 2:25-cv-01272 |
| B SIMONE BEAUTY LLC | |
| Defendant. | |

### NOTICE OF FILING OF CERTIFICATE OF GOOD STANDING OF CODY J. COOPER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Kelly C. Bokoch of Frantz Ward, LLP, attorney for B Simone Beauty LLC ("B Simone"), in the above-captioned action, hereby provides this Court with Notice of its filing of Cody J. Cooper's Certificate of Good Standing from the Supreme Court of the State of Oklahoma in support of its previously filed Motion for Admission *Pro Hac Vice* (Doc. No. 15).

A copy of Cody J. Cooper's Certificate of Good Standing is attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Kelly C. Bokoch*
Kelly C. Bokoch (0086525)
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, Ohio 44114
Phone: 216-515-1660 | Fax: 216-515-1650
kbokoch@frantzward.com
*Attorney for Defendant*
*B Simone Beauty LLC*

## CERTIFICATE OF SERVICE

I certify that on March 5, 2026, I electronically filed the foregoing with the Clerk of the above Court using the CM/ECF system, which will send notification of such filing on the following attorneys:

Anthony I. Paronich (admitted *pro hac vice*)
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com
*Counsel for Plaintiff and the proposed class*

*/s/ Kelly C. Bokoch*
Attorney for Defendant
B Simone Beauty LLC

# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

## CERTIFICATE

I, Selden Jones, Clerk of the Supreme Court of the State of Oklahoma, do hereby certify that, Cody Jarrett Cooper of Oklahoma City, OK, was admitted to practice in the Supreme Court of the State of Oklahoma upon exam, on September 19, 2012, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 2nd day of March 2026.

**Selden Jones, CLERK**
**SUPREME COURT OF OKLAHOMA**

S-E-A-L

By: _____