**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| GENE THROWER, on behalf of himself and others similarly situated,<br><br>               Plaintiff,<br><br>   v.<br><br>B SIMONE BEAUTY LLC<br><br>               Defendant. | Case No. 25-cv-1272 |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted on this 10th day of August, 2026.

| | |
|---|---|
| /s/ Anthony I. Paronich | /s/ Kelly C. Bokoch |
| Anthony I. Paronich (admitted pro hac vice) | Kelly C. Bokoch (0086525) |
| Paronich Law, P.C. | Frantz Ward LLP |
| 350 Lincoln Street, Suite 2400 | 200 Public Square, Ste. 3000 |
| Hingham, MA 02043 | Cleveland, OH 44114 |
| Tel: (617) 485-0018 | Tel: (216)515-1646 |
| anthony@paronichlaw.com | kbokoch@frantzward.com |
| Counsel for Plaintiff and the proposed class | Counsel for Defendant B Simone Beauty LLC |

1